## ALFRED H. HOLBROOK, APPELLANT, v. CITY OF EAST ORANGE ET AL., RESPONDENTS.

Argued June 23, 1919—Decided November 17, 1919.

On appeal from the Supreme Court, whose opinion is reported in 92 *N. J. L.* 292.

For the appellant, *Collins & Corbin.*

For the respondents, *Jerome D. Gedney* and *James R. Nugent.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—THE CHANCELLOR, SWAYZE, TRENCHARD, BERGEN, KALISCH, BLACK, WHITE, HEPPENHEIMER, TAYLOR, GARDNER, ACKERSON, JJ. 11.

*For reversal*—None.